IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| | | | |
|---|---|---|---|
| 354P11 | State v. Bryant Lamont Boyd | 1. State's Motion for Temporary Stay (COA10-1072) | 1. Allowed 08/22/11; Dissolved the Stay **06/13/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. See Special Order |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. See Special Order |
| 355P09-3 | Gary Lewis Miller-El v. North Carolina Judicial Standards Commission and Robert F. Floyd, Jr. | Def's *Pro See* Motion for *Habeas Corpus* | Denied |
| 357P11 | State v. Victor Jerome Wade ——————— State v. Roderick Jermaine Young | 1. Def's (Roderick Jermaine Young) PDR Under N.C.G.S. § 7A-31 (COA10-412) 2. Def's (Victor Jerome Wade) PDR Under N.C.G.S. § 7A-31 | 1. Denied 2. Denied |
| 370P04-10 | State v. Anthony Leon Hoover | Def's *Pro Se* Motion for *Writ* of Relief | Dismissed **Hudson, J., Recused** |
| 370P04-11 | State v. Anthony Leon Hoover | Def's *Pro Se* Motion for *Writ of Mandamus* on Motion *Writ of Habeas Corpus ad Duces Testifu Candum* | Dismissed **Hudson, J., Recused** |
| 380PA11 | State v. Nicholas Brady Heien | Def's Motion to Allow Visual Aid for Oral Argument | Allowed **05/07/12** |
| 385P08-2 | Robert Jones (Superintendent) v. John Christopher Green | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **05/01/12** |
| 386P04-3 | State v. Stuart A. Middleton | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **04/30/12** |
| 400P09-3 | State v. Juan Cabrera Flores | Def's *Pro Se* Motion for PDR | Dismissed |